UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ANNA STAFFORD, A.H., minor child**,

        Plaintiffs,

   v.

**LAUREL HEIFETZ, MICHAEL HEIFETZ**,

        Defendants.

Civil Case No. 3:13-cv-01963-KI

JUDGMENT

Anna Stafford
5590 SE Nelson Rd.
Olalla, WA 98359

    Pro Se Plaintiff

Page 1 - JUDGMENT

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this  23rd  day of  December , 2013.

                                                    /s/ Garr M. King
                                                  GARR M. KING
                                                  United States District Court Judge