UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANNA STAFFORD, A.H., minor child**, | Civil Case No. 3:13-cv-01963-KI |
| Plaintiffs, | JUDGMENT |
| v. | |
| **LAUREL HEIFETZ, MICHAEL HEIFETZ**, | |
| Defendants. | |

Anna Stafford
5590 SE Nelson Rd.
Olalla, WA 98359

    Pro Se Plaintiff

Page 1 - JUDGMENT

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this      23rd     day of  December  , 2013.

    /s/ Garr M. King
GARR M. KING
United States District Court Judge